COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EDGAR CARRASCO and GLORIA CARRASCO, | § | No. 08-11-00177-CV |
|  | § | Appeal from |
| Appellants, | § | County Court at Law No. 6 |
| v. | § | of El Paso County, Texas |
| NCJ DEVELOPMENT and ARTURO NAVAR, | § | (TC # 2011-J00041) |
|  | § |  |
| Appellees. |  |  |

**<u>MEMORANDUM OPINION</u>**

This appeal is before the Court on its own motion for determination whether the appeal should be dismissed for want of prosecution. Finding that Appellants have not filed a brief or a motion for extension of time, we dismiss the appeal.

Appellants failed to file their brief by the due date and the Clerk of the Court sent the parties a notice that Appellants had not filed a brief or motion for extension of time. Further, the notice advised the parties of the Court's intent to dismiss for want of prosecution unless one of the parties responded showing grounds to continue the appeal. No response has been received. This Court possesses the authority to dismiss an appeal for want of prosecution when the appellant has failed to file her brief in the time prescribed, and gives no reasonable explanation for such failure. TEX.R.APP.P. 38.8(a)(1); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex.App.--San Antonio 1998, no writ). Because Appellants failed to file their brief and have not responded to our inquiry, we dismiss the appeal for want of prosecution pursuant to TEX.R.APP.P. 38.8(a)(1), 42.3(b), and 42.3(c).

November 2, 2011

_____
ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, J., and Chew, C.J. (Senior)
Chew, C.J. (Senior), not participating